AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 8, United States Code, Section 1326 -- Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Imprisonment for not more than 20 years, a fine of not more than $250,000, a $100 special assessment, and 3 years of supervised release

**DEFENDANT - U.S.**

▶ VICTOR AGUILAR (aka) FERNANDO OCAMPO-BAJENA,

**DISTRICT COURT NUMBER**

CR07-00287 DLJ

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
04-70256 WDB

Has detainer been filed?  ☒ Yes  ☐ No    If "Yes" give date filed 5/2/2007

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    AUSA Chinhayi J. Coleman

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 MAY 10 PH 2:48

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07-00287 DLJ |
| Plaintiff, | VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation |
| v. | |
| VICTOR AGUILAR (aka FERNANDO OCAMPO-BAJENA), | OAKLAND VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about April 6, 2007, in the Northern District of California, the defendant,

VICTOR AGUILAR (aka FERNANDO OCAMPO-BAJENA),

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

///

INFORMATION

1  defendant into the United States, in violation of Title 8, United States Code, Section 1326.

2

3  DATED: May 9, 2007               SCOTT N. SCHOOLS
                                    United States Attorney
4

5

6                                   _____
                                    W. DOUGLAS SPRAGUE
7                                   Assistant United States Attorney
                                    Chief, Oakland Branch
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION