AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

FILED
MAY 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

VICTOR AGUILAR
aka Fernando Ocampo-Bajena

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00287 DLJ

I, __Victor Aguilar__, the above named defendant, who is accused of __Violation of Title 8, U.S. Code Sec. 1326 - Illegal Reentry by an Alien After Deportation__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 16, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

__Victor Aguilar__
Defendant

__[signature]__
Counsel for Defendant

Before __Wayne D. Brazil__  5-16-07
Judicial Officer