**FILED**

JUN 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-Filing case

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number     CR-07-00287-01-DLJ

Defendant's Name     VICTOR AGUILAR aka Fernando Ocampo-Bajena

Defendant's Counsel     Hilary Fox

Due Date     9/14/07 AT 10AM

1    Courtroom        Floor 4th

~~~~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~~~~

**The Court has directed that a:**

     (JUST CRIMINAL HISTORY)

     XX      Presentence Investigation

              Bail Investigation

              Bail Supervision

              Postsentence Investigation

              4244

be conducted on the above-named defendant. So that the investigation/supervision can be
completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓cc to Counsel
✓cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_

Frances Stone , Deputy Clerk

Dated:    6/8/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Is defendant in custody?    Yes or No

Is defendant English speaking? Yes or No [Interpreter:_____]

Defendant's address: _____

_____

_____

_____