9am AND Y/C
11am
E-FILING CASE    900-9p
            1100-1p5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

INT.

Date: __6/8/07__

Case No: CR __-07-00287-DLJ__        Judge: D. Lowell Jensen

Reporter: ____STARR WILSON____      Clerk: Frances Stone

Defendant(s):                                                  Defense Counsel:

__VICTOR AGUILAR__  Present? _Y_  In Custody? _Y_  __HILARY FOX__
AKA __FERNANDO OCAMPO-BAJENA__  Present? __ In Custody? __  ____
                    Present? __  In Custody? __  ____
                    Present? __  In Custody? __  ____
                    Present? __  In Custody? __  ____
                    Present? __  In Custody? __  ____
                    Present? __  In Custody? __  ____

US Attorney:         Interpreter:                  US Probation Officer:

__CHINHAYI COLEMAN__  __HAYDEE CLAUS__            ____

Reason for Hearing:                                Ruling:

__SETTING/STAT__                                  __- HELD__
__RECALLED CASE AT 11:00AM FOR CHANGE OF PLEA: HELD__

__GUILTY PLEA TO COUNT ONE OF THE INFORMATION__
__PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED__
[Notes: __REFER TO PROBATION FOR CRIMINAL HISTORY REPORT ONLY__]

Case continued to: __9/14/07 AT 10:00am__ for __SENTENCING__

Case continued to: _____ for _____

Case continued to: _____ for _____
  Motions to be filed by _____ ; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: __  Begins: __  Ends: __

                    CC: PROBATION