IDA~
YL
E-FILING CASE
INT.
1035-1035

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: __9/14/07__

Case No: CR -07- 00287-DLJ          Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO          Clerk: Frances Stone

Defendant(s):                                              Defense Counsel:

VICTOR AGUILAR        Present? Y   In Custody? Y    HILEY FOX
AKA FERNANDO OCAMPO-  Present? __  In Custody? __
BAJENA               Present? __  In Custody? __
                     Present? __  In Custody? __
                     Present? __  In Custody? __
                     Present? __  In Custody? __
                     Present? __  In Custody? __

US Attorney:          Interpreter: SPANISH       US Probation Officer:
CHINHAYI COLEMAN      INES SWANEY                SRA BLACK

Reason for Hearing:                     Ruling:
SENTENCING                              - HELD
COUNT 1: DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR
A TERM OF 21 MONTHS. DEF PLACED ON SUPERVISED RELEASE
3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes:

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: __ Begins: __ Ends: __