**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                No. CR-07-00287-01-DLJ
12        Plaintiff,                          **SEALING ORDER**
13     v.
     Victor Aguilar
14   aka Fernando Ocampo-Bajena
15
16        Defendant.                       /
17
18        The following documents in this action are placed under seal and shall not be opened
19   except by the United States Sentencing Commission for its eyes only and shall not be
20   transmitted or otherwise opened except by order of this court upon application.
         ☒    Presentence Report
21
         ☐    Plea Agreement
22
         ☐    _____
23            (Other)
24
     **IT IS SO ORDERED.**
25
26   _____
     Dated: September 21, 2007        D. Lowell Jensen
27                                    UNITED STATES DISTRICT JUDGE
28